IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

WANETTA COTTRELL,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:21-CV-00378

HOSPITAL DEVELOPMENT CO.,
a West Virginia corporation d/b/a
ROANE GENERAL HOSPITAL,

    Defendant.

## AGREED DISMISSAL ORDER

On this day came Plaintiff Wanetta Cottrell, by counsel, Mark A. Atkinson, John-Mark Atkinson, and the law firm of Atkinson & Polak, PLLC, and Defendant Hospital Development Co., a West Virginia corporation d/b/a Roane General Hospital, by counsel, Michael J. Moore, and the law firm of Steptoe & Johnson PLLC, and announced to the Court that all matters in controversy in the above-captioned civil action have been fully compromised, agreed and settled. Plaintiff and Defendant, therefore, jointly moved the Court to dismiss this action, with prejudice.

There being no objection, and the Court perceiving none, it is **ORDERED** that this action be and the same hereby is dismissed, with prejudice, and that all parties bear their own costs in this matter.

It is **ORDERED** that the Clerk of the Court provide counsel of record for each party with an attested copy of this Order.

ENTER: November 5, 2021

_____
Judge John T. Copenhaver, Jr.

PREPARED BY:                              APPROVED BY:

/s/ Michael J. Moore                      /s/ John-Mark Atkinson
Michael J. Moore (WV ID# 12009)           Mark A. Atkinson, Esq.    (WV ID# 00184)
                                          John-Mark Atkinson, Esq. (WV ID# 12014)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard                  ATKINSON & POLAK, PLLC
Bridgeport, WV  26330-4500                P.O. Box 549
(304) 933-8000                            Charleston, WV 25322-0549

*Counsel for Defendant*                   *Counsel for Plaintiff*